

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-7-2006

# USA v. Grier

Precedential or Non-Precedential: Precedential

Docket No. 05-1698

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Grier" (2006). *2006 Decisions.* Paper 800.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/800

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 05-1698

———

UNITED STATES OF AMERICA

v.

SEAN MICHAEL GRIER,
Appellant

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 03-cr-00284)
District Judge: Honorable Sylvia H. Rambo

———

Argued October 25, 2005
Before: SCIRICA, *Chief Judge*, SLOVITER
and FISHER, *Circuit Judges*.

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on June 6, 2006 is amended to correct the first footnote of the opinion. The footnote is amended as follows:

This appeal was argued before the panel of Judges Sloviter, Fisher and Rosenn. The coram was reconstituted to include Chief Judge Scirica after the death of Judge Rosenn.

The footnote which also appears in the judgment will likewise be amended.

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: June 7, 2006
CMD/cc: Ronald A. Krauss, Esq.
Christian A. Fisanick, Esq.

Kimberly A. Kelly, Esq.
Eric Pfisterer, Esq.
Theodore B. Smith III, Esq.